```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF INDIANA
                     HAMMOND DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
Plaintiff,                      )
                                )
        v.                      )   No.  2:10-CR-54
                                )
FILEMON MUNGUIA-ROMERO,         )
                                )
Defendant.                      )

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE # 19) filed on June 16, 2010. No objections have been filed to Magistrate Judge Andrew P. Rodovich's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Filemon Munguia-Romero's plea of guilty, and **FINDS** the Defendant guilty of Counts 1 and 2 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(5) and Title 42 U.S.C. § 408(a)(7)(B), respectively.

SO ORDERED.

**DATED:  July 7, 2010**           /s/RUDY LOZANO, Judge
                                   **United States District Court**